# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00553-CV

**Christopher Caviness, Appellant**

**v.**

**High Profile Promotions, Inc., Appellee**

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-14-000655, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellee's brief was originally due June 4, 2018. On counsel's motions, the time for filing was extended to September 19, 2018. Appellee's counsel has now filed a fourth motion, requesting that the Court extend the time for filing appellee's brief. We grant the motion for extension of time and order appellee to file a brief no later than October 19, 2018. No further extension of time will be granted and failure to comply with this order will result in the case being submitted to this Court on appellant's brief alone.

It is ordered on October 19, 2018.

Before Chief Justice Rose, Justices Field and Toth